| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| James G. Jones, Esq. (SBN 043449) <br> Matthew W. LaVere, Esq. (SBN 245822) <br> Jones & Lester, LLP <br> 300 E. Esplanade Drive, Suite 1200 <br> Oxnard, CA 93036 <br> Tel: (805) 604-2655 <br> Fax: (805) 604-2656 | |

ATTORNEY(S) FOR: Access Services

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE LYNCH, an individual <br><br> Plaintiff(s), <br> v. <br> ACCESS SERVICES INC., GLOBAL PARATRANSIT, INC.; and DOES 1 through 20 inclusive <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:16-cv-02288-MRW <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Access Services
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JUNE LYNCH | PLAINTIFF |
| ACCESS SERVICES (erroneously sued herein as Access Services, Inc.) | DEFENDANT |
| GLOBAL PARATRANSIT, INC. | DEFENDANT |
| NATIONWIDE | INSURER |

April 26, 2016
Date

Signature (James G. Jones)

Attorney of record for (or name of party appearing in pro per):

James G. Jones

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES