James G. Jones, Esq. (Bar No. 043449)
jjones@joneslester.com
Matthew W. LaVere, Esq. (Bar No. 245822)
mlavere@joneslester.com
**JONES & LESTER, L.L.P.**
300 E. Esplanade Drive, Suite 1200
Oxnard, CA 93036-1247
Telephone: (805) 604-2655
Facsimile: (805) 604-2656

Attorneys for Defendants
ACCESS SERVICES

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE LYNCH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACCESS SERVICES INC., GLOBAL PARATRANSIT, INC.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:16-cv-02288-MRW<br><br>**[PROPOSED] ORDER GRANTING REQUEST OF DEFENDANT ACCESS SERVICES FOR JUDICIAL NOTICE IN SUPPORT MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)**<br><br>Hon. Michael R. Wilner<br><br>Hearing Date: May 25, 2016<br>Time: 9:30 a.m.<br>Courtroom: 550 |

The Request for Judicial Notice of Defendant Access Services came for hearing before this Court on May 25, 2016. Matthew W. LaVere of Jones & Lester LLP appeared on behalf of Defendant Access Services; all other appearances were noted on the record.

After careful consideration of the Request for Judicial Notice and all supporting documents, Defendant Access Services' Request for Judicial Notice is hereby GRANTED.  Exhibits 1 and 2 have been judicially noticed by the Court.

DATED: _____                    _____
                                                                      Hon. Michael R. Wilner